IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL J. MARS                                                                       PLAINTIFF

v.                                    CASE NO. 2:21-CV-2145

CAPTAIN DUMAS AND
SHERIFF HOLBY RUNION                                                      DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 14) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to state a claim upon which relief can be granted and further recommends that this dismissal constitutes a strike pursuant to U.S.C. § 1915(g). The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The clerk is directed to place a § 1915 strike flag on this case.

Judgment will be entered accordingly.

IT IS SO ORDERED this November 23, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE