IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL J. MARS                                                                    PLAINTIFF

v.                                    CASE NO. 2:21-CV-2145

CAPTAIN DUMAS AND
SHERIFF HOLBY RUNION                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE and a §1915(g) strike flag is placed on this case.

IT IS SO ADJUDGED this November 23, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE